COA # 13-14-00002-CR

OFFENSE: Murder

STYLE: Francisco Javier Gonzalez v. The State of Texas

COUNTY: Hidalgo

TRIAL COURT: 370th District Court
TRIAL COURT #: CR-2705-13-G
TRIAL COURT JUDGE: Hon. Noe Gonzalez
DISPOSITION: AFFIRMED

MOTIONFOR REHEARING IS: _____
DATE: August 28, 2014
JUDGE: LONGORIA

DATE: _____
JUSTICE: _____ PC ___ S ____
PUBLISH: _____          DNP: _____

CLK RECORD: _____X_____
RPT RECORD: _____X_____
STATE BR: _____X_____
APP BR: _____X_____

SUPP CLK RECORD _____X_____
SUPP RPT RECORD _____
SUPP BR _____
PRO SE BR _____

# IN THE COURT OF CRIMINAL APPEALS

CCA # **1404-14**

----------------------

___APPELLANT'S___ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
___REFUSED___
DATE: 12/17/2014
JUDGE: Per Curiam

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____     PC: _____
PUBLISH: _____    DNP: _____

----------------------

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____